# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THERESA RUTHERFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:21-cv-00377-KOB |
| LIFE TIME FITNESS, INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRIS RUTHERFORD, ) | |
| ) | |
| Third-Party Defendant ) | |

## ORDER

This matter arises on Defendant Life Time Inc.'s motion for summary judgment. (Doc. 33). For the reasons explained in the contemporaneous memorandum opinion, the court **GRANTS** Life Time's motion for summary judgment and enters summary judgment in favor of Life Time and against Ms. Rutherford as to her sole negligence claim.

**DONE** and **ORDERED** this 27th day of July, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE

1